UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CR-20362-HUCK/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILFER MESIAS PRIETO GUZMAN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

**THIS MATTER** is before the Court on Defendant Wilfer Mesias Prieto Guzman's ("Defendant") *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) ("Motion") [ECF No. 50], which was filed on July 17, 2020. The Motion was referred to Magistrate Judge McAliley [ECF No. 51] for a Report and Recommendation ("R&R"). In the Motion, Defendant argues that his release from prison is warranted because he suffers from diabetes and other unspecified chronic illnesses that place him at a heightened risk of contracting COVID-19. The Government responded to the Motion [ECF No. 54] on July 31, 2020.

Magistrate Judge McAliley issued the R&R [ECF No. 57] on August 17, 2020, recommending that the Court deny the Motion because Defendant failed to exhaust his administrative remedies. On September 30, 2020, Defendant filed Objections [ECF No. 58] to the R&R. The Court entered an Order Requiring the Government's Response [ECF No. 59]. Thereafter, the Government filed a Response [ECF No. 60] to the objections on October 19, 2020.

The Court has independently reviewed the record and the relevant legal authorities and is otherwise duly advised. After a de novo review, the Court agrees with the reasoning and recommendation in the R&R and therefore, adopts the R&R in full and concludes that Defendant has failed to exhaust his administrative. Accordingly, it is

**ORDERED AND ADJUDGED** that (1) the R&R [ECF No. 57] is **APPROVED** and **ADOPTED** in its entirety as part of this Order and (2) Defendant's *pro se* Motion for Compassionate Release [ECF No. 50] is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on October 22, 2020.

Paul C. Huck
United States District Judge

**Copies furnished to:**

All Counsel of Record

Wilfer Mesias Prieto Guzman *pro se*
Reg. No. 09407-104
Giles W. Dalby Correctional Institution
805 North Avenue F
Post, Texas 79356